ACCEPTED
03-12-00757-CR
3598484
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 10:03:51 AM
JEFFREY D. KYLE
CLERK

# 03-12-00757-CR

VERNA LOUGRACE COOPER          IN THE COURT OF APPEALS

VS.          THIRD JUDICIAL DISTRICT

STATE OF TEXAS          SITTING IN AUSTIN, TEXAS

3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 10:03:51 AM
JEFFREY D. KYLE
Clerk

## TRAP 48.4 CERTIFICATE OF DELIVERY OF CLIENT MATERIALS

TO THE HONORABLE COURT OF APPEALS:

Comes Now Don Morehart, court appointed attorney for Appellant in this cause, and files this certificate of delivery of client materials, and in support would show the court the following.

On November 25, 2014, this Court issued its opinion denying relief in this cause.

On November 30, 2014, the undersigned attorney forwarded a copy of this Court's Opinion, in substantial compliance with TRAP 48.4, along with a detailed explanation of Appellant's avenues to further attack the trial court's judgment. Defendant confirmed receipt of the opinion by telephone and by eMail transmission

The undersigned attorney is court appointed. The undersigned attorney has concluded that there is no meritorious basis to pursue a motion for rehearing in this matter, nor a petition for discretionary review. Defendant does not have sufficient funds to pursue this matter further and intends to await the mandate from the Court of Appeals.

Respectfully Submitted,

LAW OFFICES OF DON MOREHART,
Attorneys and Counselors at Law
316 West 12th Street, Suite 313
Austin, Texas 78701
TEL: 512.551.0404
FAX: 512.551.0405

_ */s/ Don Morehart* ____
Don Morehart     SBN 14423700
Attorney for Appellant